IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01951-LTB-MEH

DONALD CARL McCRANEY,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 11 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated this 10th day of December, 2007 in Denver, Colorado.

BY THE COURT:
s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01951-LTB-MEH

Donald Carl McCraney
Prisoner No. 74347
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: City of Denver Colorado

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on City of Denver Colorado: AMENDED COMPLAINT FILED 10/17/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/11/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk