**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01951-LTB-MEH

DONALD CARL MCCRANEY,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on January 20, 2009 (Doc 57). Neither Plaintiff nor Defendant have filed specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: February 18, 2009